UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SILVERIO ARENAS, JR.,<br><br>    Plaintiff,<br>v.<br>JAY INSLEE, et al.,<br><br>    Defendants. | CASE NO. 19-cv-5339-RJB<br><br>ORDER DENYING PLAINTIFF'S LETTER/MOTION AND REFERRING CASE TO BANKRUPTCY COURT |

    THIS MATTER comes to the Court's attention on the Plaintiff's letter requesting clarification and information regarding case progression and service of process (Dkt. 34). Plaintiff's letter requests assistance from the Court that the Court cannot properly provide, and the request for clarification and assistance must be denied.

    It came to the Court's attention in the Defendant's Response to Plaintiff's Motion for Clarification and Declaration (Dkt. 35) that Plaintiff is the Petitioner in a pending bankruptcy proceeding. The record reflects that an order confirming a Chapter 13 plan in which Plaintiff is a Petitioner, was entered by Judge Marc L. Barreca on August 22, 2017, and recited, in part, "All property of the debtors and the estate should remain under the exclusive jurisdiction of the

1  court." Apparently, the claim made by Plaintiff in this District Court's case should be referred to
2  the Bankruptcy Court pursuant to 28 U.S.C. §157, and Local Civil Rule 87, and proceedings in
3  this District Court case should be stayed pending Bankruptcy Court proceedings.
4      IT IS SO ORDERED.
5      The Clerk is directed to send uncertified copies of this Order to all counsel of record and
6  to any party appearing *pro se* at said party's last known address.
7      Dated this 23rd day of October, 2019.

                        ROBERT J. BRYAN
                        United States District Judge

ORDER DENYING PLAINTIFF'S LETTER/MOTION AND REFERRING CASE TO BANKRUPTCY COURT - 2

STAYED

# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CIVIL DOCKET FOR CASE #: 3:19-cv-05339-RJB

Arenas v. Inslee et al  
Assigned to: Judge Robert J. Bryan  
Cause: 42:1983 Civil Rights Act

Date Filed: 04/21/2019  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Silverio Arenas, Jr**  
*Ph.D.*

represented by **Silverio Arenas, Jr**  
PO BOX 306  
MOUNT VERNON, WA 98273  
360-661-6126  
PRO SE

V.

**Defendant**

**Jay Inslee**  
*Governor of the State of Washington*

represented by **Celeste T. Stokes**  
ATTORNEY GENERAL'S OFFICE (SEA- FIFTH AVE)  
800 5TH AVE  
STE 2000  
SEATTLE, WA 98104-3188  
206-464-2040  
Email: CelesteS@atg.wa.gov  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bob Ferguson**  
*Attorney General, State of Washington (OAG)*

represented by **Celeste T. Stokes**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joel Sacks**  
*Director, Washington State Department of Labor and Industries (L&I)*

represented by **Celeste T. Stokes**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Victor Velasquez**  
*Intern and Case Manager, L&I*

represented by **Celeste T. Stokes**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maggie Leland** represented by **Celeste T. Stokes**
*Legislative Liaison, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tonya Morgan** represented by **Celeste T. Stokes**
*CPC Auditor, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary Franklin** represented by **Celeste T. Stokes**
*MD; Medical Director, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lee Glass** represented by **Celeste T. Stokes**
*MD, Associate Medical Director, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen Thielke** represented by **Celeste T. Stokes**
*MD, Medical Consultant, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean des Rochers** represented by **Celeste T. Stokes**
*RN, Nurse Consultant, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ernie LaPalm** represented by **Celeste T. Stokes**
*Deputy Director, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dan Johnston** represented by **Celeste T. Stokes**
*Director, L&I Office of Internal Audit and Civil Rights* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Montana Salvoni** represented by **Celeste T. Stokes**
*Lead Civil Rights Investigator, L&I* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelley Mortinson** represented by **Celeste T. Stokes**
*Deputy Attorney General, OAG* (See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Angela Emter** represented by **Celeste T. Stokes**
*L&I Auditor* (See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Victoria Kennedy** represented by **Celeste T. Stokes**
*Assistant Director, L&I Insurance Services* (See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Gregory G Silvey** represented by **Celeste T. Stokes**
*Section Chief, Early* (See above for address)
*Resolution/Investigation (OAG)* ATTORNEY TO BE NOTICED

**Defendant**

**Lisa Gilman** represented by **Celeste T. Stokes**
*Senior Investigator/Analyst, OAG* (See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Mark Koenen** represented by **Celeste T. Stokes**
*MD, Contracted Medical Examiner, L&I* (See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Lisa van der Lugt** represented by **Celeste T. Stokes**
*former Director, Governor's Commission* (See above for address)
*on Hispanic Affairs; Director, Office of* ATTORNEY TO BE NOTICED
*Minority and Women's Business*
*Enterprises*

**Defendant**

**Uriel Iniguez** represented by **Celeste T. Stokes**
*former Director, Governor's Commission* (See above for address)
*on Hispanic Affairs; Director of* ATTORNEY TO BE NOTICED
*Community Relations, L&I*

**Defendant**

**Claudia Watson** represented by **Celeste T. Stokes**
*Case Manager, L&I* (See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2019 | 1 | MOTION for Leave to Proceed In Forma Pauperis, filed by Silverio Arenas, Jr. (Attachments: # 1 Proposed Complaint, # 2 Civil Cover Sheet, # 3 Transmittal Email)(SP) (Entered: 04/24/2019) |

| | | |
|---|---|---|
| 04/25/2019 | | REFERRING 1 MOTION for Leave to Proceed In Forma Pauperis to: Magistrate Judge **J Richard Creatura** ~~David W. Christel~~. (SP) Modified on 5/9/2019 to correct referral judge name (GMR). (Entered: 04/25/2019) |
| 04/26/2019 | 2 | ORDER TO SHOW CAUSE re 1 MOTION for Leave to Proceed In Forma Pauperis, signed by Judge David W. Christel. Plaintiff is ordered to show cause why his Application should not be denied or pay the $400.00 filing fee by May 24, 2019. (ERA - cc: plaintiff) (Entered: 04/26/2019) |
| 04/26/2019 | | Filing fee received: $400, Receipt Number: TAC015642. (ERA) (Entered: 04/26/2019) |
| 04/26/2019 | 3 | COMPLAINT against defendant(s) Angela Emter, Bob Ferguson, Gary Franklin, Lisa Gilman, Lee Glass, Jay Inslee, Dan Johnston, Victoria Kennedy, Mark Koenen, Ernie LaPalm, Maggie Leland, Tonya Morgan, Shelley Mortinson, Joel Sacks, Montana Salvoni, Gregory G Silvey, Stephen Thielke, Victor Velasquez, Jean des Rochers, with JURY DEMAND, filed by Silverio Arenas, Jr. (Summons(es) not received to issue) (Receipt # TAC015642) (ERA) (Entered: 04/26/2019) |
| 04/29/2019 | 4 | ORDER REGARDING DISCOVERY AND DEPOSITIONS. Authorized by Judge Robert J. Bryan. (JL) Paper copy sent to plaintiff at Mount Vernon address . Modified on 4/29/2019 (JL). (Entered: 04/29/2019) |
| 04/29/2019 | 5 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT. FRCP 26f Conference Deadline is 7/15/2019, Initial Disclosure Deadline is 7/22/2019, Joint Status Report due by 7/29/2019. Authorized by Judge Robert J. Bryan. Paper copy sent to plaintiff at Mount Vernon address. (JL) (Entered: 04/29/2019) |
| 04/29/2019 | | JSR due 7/29/2019. (JL) (Entered: 04/29/2019) |
| 07/01/2019 | 6 | MOTION to Amend Complaint, filed by Plaintiff Silverio Arenas, Jr. (Attachments: # 1 Proposed Amended Complaint, # 2 Summons - Jay Inslee, # 3 Summons - Bob Ferguson, # 4 Summons - Joel Sacks, # 5 Summons - Victor Velasquez, # 6 Summons - Maggie Leland, # 7 Summons - Tonya Morgan, # 8 Summons - Gary Franklin, # 9 Summons - Lee Glass, # 10 Summons - Stephen Thielke, # 11 Summons - Jean des Rochers, # 12 Summons - Ernie LaPalm, # 13 Summons - Dan Johnston, # 14 Summons - Montana Salvoni, # 15 Summons - Shelley Mortinson, # 16 Summons - Angela Emter, # 17 Summons - Victoria Kennedy, # 18 Summons - Gregory G Silvey, # 19 Summons - Lisa Gilman, # 20 Summons - Mark Koenen, # 21 Summons - Lisa van der Lugt, # 22 Summons - Uriel Iniguez, # 23 Summons - Claudia Watson, # 24 Envelope) Noted by clerk for 7/19/2019. (ERA) (Entered: 07/03/2019) |
| 07/01/2019 | 7 | MOTION to Appoint Counsel, filed by Plaintiff Silverio Arenas, Jr. (Attachments: # 1 Envelope) Noted by clerk for 7/19/2019. (ERA) (Entered: 07/03/2019) |
| 07/26/2019 | 8 | ORDER on 6 Motion to Amend and 7 Motion to Appoint Counsel signed by Judge Robert J. Bryan. Paper copy to Plaintiff at Mount Vernon address. (TC) (Entered: 07/26/2019) |
| 07/26/2019 | 9 | AMENDED COMPLAINT against defendant(s) Angela Emter, Bob Ferguson, Gary Franklin, Lisa Gilman, Lee Glass, Jay Inslee, Dan Johnston, Victoria Kennedy, Mark Koenen, Ernie LaPalm, Maggie Leland, Tonya Morgan, Shelley Mortinson, Joel Sacks, Montana Salvoni, Gregory G Silvey, Stephen Thielke, Victor Velasquez, Jean des Rochers, Lisa van de Lugt, Uriel Iniguez, Claudia Watson, filed by Silverio Arenas, Jr. (TC) (Entered: 07/26/2019) |

| | | | |
|---|---|---|---|
| 07/26/2019 | 10 | | Summons(es) Issued in Paper Form as to defendant(s) Angela Emter, Bob Ferguson, Gary Franklin, Lisa Gilman, Lee Glass, Uriel Iniguez, Jay Inslee, Dan Johnston, Victoria Kennedy, Mark Koenen, Ernie LaPalm, Maggie Leland, Tonya Morgan, Shelley Mortinson, Joel Sacks, Montana Salvoni, Gregory G Silvey, Stephen Thielke, Victor Velasquez, Claudia Watson, Jean des Rochers, Lisa van der Lugt. (Attachments: # 1 Summons Ferguson, # 2 Summons Sacks, # 3 Summons Velasquez, # 4 Summons Leland, # 5 Summons Morgan, # 6 Summons Franklin, # 7 Summons Glass, # 8 Summons Thielke, # 9 Summons des Rochers, # 10 Summons LaPalm, # 11 Summons Johnston, # 12 Summons Salvoni, # 13 Summons Mortinson, # 14 Summons Emter, # 15 Summons Kennedy, # 16 Summons Silvey, # 17 Summons Gilman, # 18 Summons Koenen, # 19 Summons van der Lugt, # 20 Summons Iniguez, # 21 Summons Watson) (TC) (Entered: 07/26/2019) |
| 08/20/2019 | 11 | | NOTICE of Appearance by attorney Celeste T. Stokes on behalf of Defendants Angela Emter, Bob Ferguson, Gary Franklin, Lisa Gilman, Lee Glass, Uriel Iniguez, Jay Inslee, Dan Johnston, Victoria Kennedy, Mark Koenen, Ernie LaPalm, Maggie Leland, Tonya Morgan, Shelley Mortinson, Joel Sacks, Montana Salvoni, Gregory G Silvey, Stephen Thielke, Victor Velasquez, Claudia Watson, Jean des Rochers, Lisa van der Lugt. (Stokes, Celeste) (Entered: 08/20/2019) |
| 08/20/2019 | 12 | | DECLARATION *of Service (Amended)* re 11 Notice of Appearance, by Defendants Angela Emter, Bob Ferguson, Gary Franklin, Lisa Gilman, Lee Glass, Uriel Iniguez, Jay Inslee, Dan Johnston, Victoria Kennedy, Mark Koenen, Ernie LaPalm, Maggie Leland, Tonya Morgan, Shelley Mortinson, Joel Sacks, Montana Salvoni, Gregory G Silvey, Stephen Thielke, Victor Velasquez, Claudia Watson, Jean des Rochers, Lisa van der Lugt (Stokes, Celeste) (Entered: 08/20/2019) |
| 08/20/2019 | 13 | | ORDER EXTENDING COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN DEADLINE. JSR due date extended to 9/17/2019. Signed by Judge Robert J. Bryan. (JL) Paper copy sent to plaintiff at Mt. Vernon address . Modified on 8/20/2019 (JL). (Entered: 08/20/2019) |
| 08/23/2019 | 14 | | MOTION to Stay *Deadlines*, filed by Defendants Angela Emter, Bob Ferguson, Lisa Gilman, Jay Inslee, Ernie LaPalm, Gregory G Silvey, Lisa van der Lugt. (Attachments: # 1 Proposed Order) Noting Date 9/6/2019, (Stokes, Celeste) (Entered: 08/23/2019) |
| 09/06/2019 | 15 | | SERVICE OF SUMMONS and Complaint returned executed upon defendant Angela Emter on 8/11/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 16 | | SERVICE OF SUMMONS and Complaint returned executed upon defendant Shelley Mortinson on 8/12/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 17 | | SERVICE OF SUMMONS and Complaint returned executed upon defendant Ernie LaPalm on 8/11/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 18 | | SERVICE OF SUMMONS and Complaint returned executed upon defendant Uriel Iniguez on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 19 | | SERVICE OF SUMMONS and Complaint returned executed upon defendant Victoria Kennedy on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |

| | | | |
|---|---|---|---|
| 09/06/2019 | 20 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Jean des Rochers on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 21 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Stephen Thielke on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 22 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Lee Glass on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 23 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Gary Franklin on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 24 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Tonya Morgan on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 25 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Maggie Leland on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 26 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Claudia Watson on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 27 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Joel Sacks on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 28 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Lisa Gilman on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 29 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Gregory G Silvey on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 30 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Jay Inslee on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 31 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Lisa van der Lugt on 9/6/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/06/2019 | 32 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Bob Ferguson on 8/8/2019 by Michael Graham (Process Server). (ERA) (Entered: 09/10/2019) |
| 09/11/2019 | 33 | ORDER on 14 Motion to Stay signed by Judge Robert J. Bryan. Paper copy sent to Plaintiff at Mount Vernon address. (TC) (Entered: 09/11/2019) |
| 09/30/2019 | 34 | MOTION for Clarification Regarding Case Progression, filed by Plaintiff Silverio Arenas, Jr. Noted by clerk for: 10/18/2019. (GMR) (Entered: 10/02/2019) |
| 10/11/2019 | 35 | RESPONSE, by Defendants Angela Emter, Bob Ferguson, Lisa Gilman, Jay Inslee, Ernie LaPalm, Gregory G Silvey, Lisa van der Lugt, to 34 MOTION for Clarification Regarding Case Progression. (Stokes, Celeste) (Entered: 10/11/2019) |

| 10/23/2019 | 36 | ORDER DENYING PLAINTIFF'S LETTER/MOTION AND REFERRING CASE TO BANKRUPTCY COURT, denying 34 Motion. Case stayed pending Bankruptcy Court proceedings. Signed by Judge Robert J. Bryan. (JL) Paper copy sent to plaintiff at Mount Vernon address . Modified on 10/23/2019 (JL). (Entered: 10/23/2019) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/28/2019 08:21:09 | | | |
| **PACER Login:** | RAOrtiz5:5230553:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-cv-05339-RJB |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |